AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Meseret Terefe

Defendant(s)

Case No. 1:12-MJ-495

**UNDER SEAL**

FILED
AUG 2 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2009 to the present__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 641 | Theft of public money, property, or records |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Jasmine Yoon/SAUSA James McDonald

*Complainant's signature*
Special Agent Gary Kipe
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/2/12

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

The Honorable Theresa Carroll Buchanan
U.S. Magistrate Judge
*Printed name and title*